# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. GRAY, an individual, | Case No. CV09-3804 FMC (VBKx) |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| vs. | Date Action Filed: May 28, 2009 |
| ATTORNEY COLLECTION SERVICES, INC., a Corporation; COLLECTECH INTERNATIONAL, LLC, a Corporation, | |
| Defendants. | |

The Court, having granted Plaintiff John Gray's Application for Default Judgment:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff John Gray and against Defendant Attorney Collection Services, Inc., a California corporation.

Judgment shall be for the principal sum of $2,000.00, which represents statutory damages under the Fair Debt Collection Practices Act ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"). See Myers v. LHR, Inc., 543 F. Supp. 2d 1215, 1218 (S.D. Cal. 2008.)

FDCPA and RFDCPA further dictate that Plaintiff John Gray shall recover from Defendant Attorney Collection Services, Inc. his reasonable attorney fees. Accordingly, the Court awards Plaintiff John Gray attorney fees in the amount of $400.00 pursuant to Central District Local Rule 55-3. Therefore, the total judgment amount is $2,400.00.

The Court retains jurisdiction over this matter until the judgment entered herein is satisfied in full.

Dated: September 18, 2009

Hon. Florence-Marie Cooper
Judge, United States District Court

Dated: September 18, 2009

Respectfully submitted,

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

By:
Peter E. Garrell
Allen Lohse
Attorneys for Plaintiff
JOHN L. GRAY